UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HW AVIATION LLC,

    Plaintiff,

v.                                      CASE NO: 8:07-cv-2325-T-23MAP

ROYAL SONS, LLC, et al.,

    Defendants.
_____/

## ORDER

HW Aviation LLC's "Motion to Strike Affirmative Defenses" (Doc. 9) and HW Aviation LLC, Jeffrey Wolfson, and Geoffrey Hodgson's "Motion to Dismiss and for Extension of Time" (Doc. 10) were referred to the magistrate judge. Following the magistrate judge's August 21, 2008, report and recommendation (Doc. 25), no party objects to the report and the time for filing objections has expired. Accordingly, the magistrate judge's report and recommendation (Doc. 25) is **ADOPTED**.

HW Aviation LLC, Jeffrey Wolfson, and Geoffrey Hodgson's "Motion to Dismiss and for Extension of Time" (Doc. 10) is **GRANTED**. Counts two ("Violation of Florida's Deceptive and Unfair Trade Practices Act") and three ("Tortious Interference with Advantageous Business Relationships") of the counterclaim and third-party complaint of Royal Sons LLC, Royal Sons Motor Yacht Sales, Inc., and Frederic J. Geffon d/b/a Royal Sons, Inc., (together, "Royal Sons") are **DISMISSED** without prejudice.

HW Aviation LLC's "Motion to Strike Affirmative Defenses" (Doc. 9) is **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** to the extent that Royal Sons'

first, second, third, and fifth through thirteenth affirmative defenses are **STRICKEN** without prejudice; otherwise, the motion is **DENIED**.

On or before **September 30, 2008**, Royal Sons may re-plead its affirmative defenses and serve an amended counterclaim and third-party complaint.  On or before **October 17, 2008**, Royal Sons HW Aviation LLC, Jeffrey Wolfson, and Geoffrey Hodgson shall respond to the amended counterclaim and third-party complaint in its entirety or (if Royal Sons declines to amend) to count one of the counterclaim and third-party complaint.

ORDERED in Tampa, Florida, on September 17, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE